UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-22279-CV-GARBER

TANAKA CHARLES,

    Plaintiff,

v.

AFSCME LOCAL 121,
AFSCME COUNCIL 79,

    Defendants,
_____/     **ORDER**

THE COURT has received and considered the parties' amended Joint Scheduling Form [DE 68] and finds that the dates set forth therein are reasonable and appropriate. Accordingly, it is hereby

ORDERED as follows:

1. The parties' amended Joint Scheduling Form is ADOPTED by the Court and made a part of this Order as though set out *in haec verba*.

2. The date for the Pre-Trial Conference, if deemed necessary by the Court, is hereby re-scheduled to November 15, 2010, at a time to be set by the Court. On said date, the parties shall submit their proposed voir dire questions and proposed jury instructions.

3. The trial of the cause shall commence on Monday, November 29, 2010, at 9:30 A.M. in Courtroom 4, Tenth Floor, James Lawrence King Federal Justice Building, 99 N.E. 4th Street, Miami, Florida 33132.

DONE AND ORDERED in Chambers at Miami, Florida this 20th day of July, 2010.

                                                                     _____
                                                                       BARRY L. GARBER
                                                                       UNITED STATES MAGISTRATE JUDGE